UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NUTTHAWAT RUKTHAMMACHALERN and NATTHAWAT KASAMVILAS,<br><br>Plaintiffs,<br><br>– against –<br><br>TETHER HOLDINGS S.A. DE C.V., TETHER INTERNATIONAL S.A. DE C.V., TETHER OPERATIONS S.A. DE C.V., and TETHER INVESTMENTS S.A. DE C.V.,<br><br>Defendants. | : | Case No. 1:26-cv-07400-LJL<br><br>**STIPULATION AND ORDER RE ACCEPTANCE OF SERVICE AND EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

WHEREAS, Plaintiffs Nutthawat Rukthammachalern and Natthawat Kasamvilas ("Plaintiffs") commenced the above-captioned action against Defendants Tether Holdings S.A. de C.V., Tether International S.A. de C.V., Tether Operations S.A. de C.V., and Tether Investments S.A. de C.V. (collectively, "Defendants," and together with Plaintiffs, the "Parties") by filing the Complaint in this Court;

WHEREAS, on October 28, 2026, Defendant Tether International S.A. de C.V. received the Summons and Complaint in El Salvador and, to the extent service was valid, its deadline to respond to the Complaint is November 18, 2026;

WHEREAS, Defendants Tether Holdings S.A. de C.V., Tether Operations S.A. de C.V., and Tether Investments S.A. de C.V. have not yet been served with the Summons and Complaint;

WHEREAS, this is the first request by any Party for an extension of time in this action, no prior request has been made or ruled upon, the requested extension does not affect any other scheduled date in this action, and no conference or other appearance by the Parties is currently scheduled before the Court; and,

WHEREAS, the agreed schedule herein allows Defendants time to evaluate the Complaint and coordinate across multiple entities, provides plaintiffs commensurate time and allows client coordination, and accommodates the four federal holidays during the briefing schedule;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their undersigned counsel, and the Parties respectfully request that the Court so order, as follows:

1. Each of the Defendants hereby accepts service of the Summons and Complaint, effective as of the date of this Stipulation, and Plaintiffs shall not be required to effectuate any further service of the Summons and Complaint on any Defendant.

2. The deadline for Defendants to answer, move, or otherwise respond to the Complaint is December 18, 2026. The deadline for Plaintiffs to file their opposition, if any, to Defendants' responsive pleading, or to file an Amended Complaint, is January 19, 2027. The deadline for Defendants' reply brief, if any, is February 2, 2027.

3. Nothing in this Stipulation shall constitute a waiver of, and each Defendant expressly reserves, all other defenses, objections, and arguments available to it, including but not limited to Defendants' jurisdictional objections. Neither the acceptance of service provided for herein nor any Defendant's participation in this Stipulation shall be construed as consent to the personal jurisdiction of this Court or as a general appearance.

Dated: November 13, 2026
New York, New York

GIBSON, DUNN & CRUTCHER LLP

By: /s/Dani R. James

Dani R. James
Daniel M. Ketani
Jeremy A. Bunting
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
DJames@gibsondunn.com
DKetani@gibsondunn.com
JBunting@gibsondunn.com

*Attorneys for Defendants*

Dated: November 13, 2026
New York, New York

BECKETT LAW LLC

By:

Mark Beckett (MD9631)
45 Rockefeller Plaza
New York, NY 10111
Telephone: (973) 570-5752
Email: mark@beckettlaw.co

Victoria Bruno
WOMBLE BOND DICKINSON (US) LLP
2001 K Street, NW, Suite 400 South
Washington, D.C. 20006
Telephone: (202) 467-6900
Email: victoria.bruno@wbd-us.com

*Attorneys for Plaintiffs*

**SO ORDERED.**

Dated: ____________________, 2026

________________________________
HON. LEWIS J. LIMAN
United States District Judge